UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JORDAN DUBLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| TRANS UNION and EQUIFAX INFORMATION SERVICES, LLC, | ) | 5:24-CV-743-BO-KS |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that, pursuant to the Court's order dated April 7, 2025, that the M&R [DE 8] is ADOPTED IN FULL. The Plaintiff's motion for leave to proceed *in forma pauperis* is DENIED. The Plaintiff must pay the full filing fee before this litigation can proceed. The clerk is DIRECTED to close the case unless the full filing fee is paid by May 5, 2025.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the filing fee in this case has not been paid as directed by the order at [DE 11] entered April 7, 2025. Therefore, this case is closed.

**This judgment filed and entered on May 6, 2025, and served on:**
Jordan Dublin  (via CM/ECF Notice of Electronic Filing)

May 6, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk